**LAW OFFICES OF ZEV B. ZYSMAN**
A Professional Corporation
Zev B. Zysman, State Bar No. 176805
zev@zysmanlawca.com
15760 Ventura Boulevard, 16th Floor
Encino, CA 91436
Telephone: (818) 783-8836

**POMERANTZ LLP**
Jordan L. Lurie, State Bar No. 130013
jllurie@pomlaw.com
Ari Y. Basser, State Bar No. 272618
abasser@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8492

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT PHYSICAL THERAPISTS OF CALIFORNIA, on behalf of itself and its members,<br><br>Plaintiff,<br><br>vs.<br><br>MEDRISK, LLC; MEDRISK HOLDCO, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 19-CV-01916-WQH-JLB<br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT ON MEDRISK, LLC** |

Ari Y. Basser, Esq. SBN: SBN: 272618
POMERANTZ LLP
1100 Glendon Ave 15th Floor
Los Angeles, CA 90024
(310) 405-7190

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

CASE NUMBER:
**19CV1916-BEN-JLB**

Independent Physical Therapists of California, etc., Plaintiff(s)

v.

Medrisk, LLC, et al.    Defendant(s)

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

    a. ☑ summons ☐ first amended complaint ☐ third party complaint
    ☑ complaint ☐ second amended complaint ☐ counter claim
    ☐ alias summons ☐ third amended complaint ☐ cross claim
    ☑ other *(specify):* Civil Case Cover Sheet

2. Person served:

    a. ☑ Defendant *(name:)* Medrisk, LLC
    b. ☑ Other *(specify name and title or relationship to the party/business named):*
    Mark Mitchell Geyer - Agent for Service
    c. ☑ Address where the papers were served: 2701 Renaissance Blvd Ste 200
    King of Prussia, PA 194062781

3. Manner of Service in compliance with *(the appropriate box must be checked):*

    a. ☐ Federal Rules of Civil Procedure
    b. ☑ California Code of Civil Procedure

4. I served the person named in Item 2:

    a. ☐ By Personal Service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

    1. ☐ Papers were served on *(date):* at *(time):*

    b. ☑ By Substituted Service. By leaving copies: Rachel Warner - Office Administrator
    Age: 35     Weight: 140     Hair: Brown     Sex: Female
    Height: 5'4"   Eyes:          Race: White     Marks:

    1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

    2. ☑ (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

    3. ☑ Papers were served on *(date):* 10/7/2019 at *(time):* 10:20 AM

    4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

    5. ☑ papers were mailed on Oct 08, 2019 - DECLARATION OF MAILING ATTACHED

    6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

    c. ☐ Mail and acknowledgment of service. By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☑ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. (Attach a copy of the order to this Proof of Service.)

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. (Attach signed return receipt or other evidence of actual receipt by the person served).

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

      Name of person served:

      Title of person served:

      Date and time of service: *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation(Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Richard Scollon Jr.
   Nationwide Legal, LLC
   1609 James M Wood Blvd.
   Los Angeles, CA 90015
   (213) 249-9999

   a. Fee for service: $ 220.00
   b. ☑ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server
      Registration # :
      County: Montgomery

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 09, 2019        Richard Scollon Jr.
                              *Type or Print Server's Name*                    *(Signature)*

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (03/10)                                                                    PAGE 2
                                                                                la19197

| Attorney or Party without Attorney:<br>Ari Y. Basser, Esq., SBN: SBN: 272618<br>POMERANTZ LLP<br>1100 Glendon Ave 15th Floor<br>Los Angeles, CA 90024<br>TELEPHONE No.: (310) 405-7190  FAX No. (Optional): (917) 463-1044 | E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|---|
| Attorney for: Plaintiff Independent Physical Therapists of California | Ref No. or File No.:<br>INDEPENDENT | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC/SOUTHERN DISTRICT OF CALIFORNIA - SOUTHERN DISTRICT OF CALIFORNIA | | |
| Petitioner: Independent Physical Therapists of California, etc., et al.<br>Respondent: Medrisk, LLC, et al. | | |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>19CV1916-BEN-JLB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

   a. Date of Mailing:           October 08, 2019
   b. Place of Mailing:          Los Angeles, CA
   c. Addressed as follows:      Medrisk, LLC
                                 ATTENTION: Mark Mitchell Geyer - Agent for Service
                                 2701 Renaissance Blvd Ste 200
                                 King of Prussia, PA 19406-2781

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: $ 220.00
   Nationwide Legal, LLC REG: 12-234648
   1609 James M Wood Blvd.
   Los Angeles, CA 90015
   (213) 249-9999
   www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 09, 2019.

Signature:_____
Angela Martirosyan

PROOF OF SERVICE BY MAIL

Order#: la19197/mailproof